UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN W. KESSLER,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

Case No. 06-cv-316-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 13) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Stephen W. Kessler's motion for remand to consider new and material evidence (Doc. 9), reverse the Commissioner's final decision denying Kessler's application for disability benefits, and remand this matter for further proceedings and a new decision.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b).  The Court must review *de novo* the portions of the report to which objections are made.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.  The Court has reviewed the entire file and finds that the Report is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 13), **DENIES** Kessler's motion for remand pursuant to sentence 6 of 42 U.S.C. § 405(g) to consider new and material evidence (Doc. 9), **REVERSES** the

Commissioner's final decision denying Kessler's application for disability benefits, and

**REMANDS** this matter pursuant to sentence 4 of 42 U.S.C. § 405(g) for further proceedings and a new decision. On remand, the ALJ should reevaluate Kessler's subjective complaints by considering the factors listed in 28 C.F.R. § 404.1529(c)(3).

**IT IS SO ORDERED.**
**DATED:  December 20, 2006**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**