UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN W. KESSLER,<br><br>      Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>      Defendant. | Case No. 06-cv-316-JPG |

**JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Stephen W. Kessler and against defendant Jo Anne B. Barnhart, Commissioner of Social Security, that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security is reversed and that this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.  On remand, the ALJ should reevaluate Kessler's subjective complaints by considering the factors listed in 28 C.F.R. § 404.1529(c)(3).

                                                                             NORBERT JAWORSKI

Date:  December 20, 2006                        s/Brenda K. Lowe


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**